IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES JOSEPH FOUNTAIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4137

Opinion filed May 5, 2015.

An appeal from an order of the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant; James Joseph Fountain, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee.

PER CURIAM.

AFFIRMED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.